1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

NATHANIEL FLOWERS,                     ) NO. CV 09-03119 JST (SS)
                                       )
12
                    Petitioner,        )
                                       )
13
          v.                           )        **JUDGMENT**
                                       )
14
DOMINGO URIBE, JR., Warden,            )
                                       )
15
                    Respondent.        )
_____)

16
17
18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20
21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23
24   DATED: April 22, 2011

25                            **JOSEPHINE STATON TUCKER**
                              JOSEPHINE STATON TUCKER
26                            UNITED STATES DISTRICT JUDGE

27
28